IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.J., Administrator of the Estate of J.J., deceased;<br><br>*Plaintiff,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION FLEXIBLE BENEFIT PLAN and THE BANK OF NEW YORK MELLON, a New York institutional banking entity,<br><br>*Defendants.* | Case No. 2:22-cv-1127<br><br>Hon. Arthur J. Schwab |

## ORDER

**AND NOW**, this  9th  day of  February , 20 23 , upon consideration of the Consent Motion to Amend Case Caption, **IT IS ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the caption shall be amended to reflect that the sole Defendant in this Action is The Bank of New York Mellon.

                                                s/ Arthur J. Schwab
                                                Arthur J. Schwab
                                                United States District Judge

cc:    Clerk of Court
        All counsel of record

.

142650121.1